ZENO B. BAUCUS
BRYAN T. DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov
           bryan.dake@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 19 2023

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23- 05-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO PRODUCE CHILD PORNOGRAPHY (Count 1)<br>Title 18 U.S.C. §§ 2251(a) and (e)<br>(Penalty: Mandatory minimum 15 to 30 years of imprisonment, $250,000 fine, five years to lifetime supervised release, $50,000 special assessment, and $5,000 special assessment) |
| DANE RALPH JAMES CURRY,<br><br>Defendant. | |
| | SEX TRAFFICKING OF A MINOR (Count 2)<br>Title 18 U.S.C. §§ 1591(a), 1594(a)<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) |

1

|  | **DESTRUCTION OF RECORDS IN FEDERAL INVESTIGATION (Count 3)** <br> **Title 18 U.S.C. § 1519** <br> (Penalty: Twenty years of imprisonment, $250,000 fine, three years of supervised release, and $100 special assessment) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That in and around April 2021, at Ekalaka, within Carter County, in the State and District of Montana, and elsewhere, the defendant, DANE RALPH JAMES CURRY, did knowingly conspire with those known and unknown to the Grand Jury, to employ, use, persuade, induce, entice, and coerce any minor, namely Jane Doe 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported in interstate and foreign commerce and such visual depiction was in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 2

That in and around April 2021, at Ekalaka, within Carter County, in the State and District of Montana, and elsewhere, the defendant, DANE RALPH JAMES

2

CURRY, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means an individual, knowing and in reckless disregard that individual was under the age of 18, to engage in a commercial sex act, and attempted to do so, in violation of 18 U.S.C. §§ 1591(a) and 1594.

## COUNT 3

From in and around April 2021 until October 2022, at Ekalaka, within Carter County, in the State and District of Montana, and elsewhere, the defendant, DANE RALPH JAMES CURRY, did knowingly destroy a record, that is a visual depiction of Jane Doe 1, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, in violation of 18 U.S.C. § 1519.

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney