GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANE RALPH JAMES CURRY,<br><br>Defendant. | Case No. CR-23-05-BLG-SPW<br><br><br>SENTENCING MEMORANDUM |

COMES NOW Defendant DANE RALPH JAMES CURRY, by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and GILLIAN E. GOSCH, Assistant Federal Defender, and offers this Sentencing Memorandum to this Honorable Court for Mr. Curry's sentencing hearing scheduled for December 15, 2023, at 9:30 a.m.

# INTRODUCTION

On January 19, 2023, Curry was named in a three count Indictment charging him in Count I with Conspiracy to Produce Child Pornography in violation of 18 U.S.C. § 2251(a) and (e); in Count II with Sex Trafficking of a Minor in violation of 18 U.S.C. §§ 1591 (a) and 1594 (a) and in Count III with Destruction of Records in Federal Investigation in violation of 18 U.S.C. § 1519.  Curry appeared on February 7, 2023, for his initial appearance and was detained.  A detention hearing was held on February 16, 2023, and Curry was released pending disposition.  Curry's pretrial release was revoked on July 27, 2023.  On August 16, 2023, Curry appeared before this court and changed his plea to a superseding information charging him with Possession of Child Pornography in violation of 18 U.S.C. § 2252 (a)(5)(B).  Curry will have 158 days custody at the time of sentencing.  There is a plea agreement in this case.

# DISCUSSION-3553

A.   **The Offense**

Curry admits that he had several images of the same young girl who appears to be underage on his snapchat account that he could access through his phone. While we disagree with the contention that the girl is between the ages of 9-12, she does appear to be under the age of consent.  Regarding the offense conduct sections that pertain to the allegations of Jane Doe, Curry denies that conduct.

**B.     History and Characteristics of Dane Ralph James Curry**

Curry is currently 40 years old and was raised in Baker, Montana where he still resides.  Curry has a good relationship with his parents and siblings and until he was incarcerated for the instant offense, he had custody of his four-year-old son John Doe and he and John Doe resided with Curry's mother Terry.  Curry has been diagnosed with depression and anxiety and takes medication for those diagnosis.  Additionally, he has a dependance on alcohol, which has caused him issues with the legal system.  His prior criminal history is linked to the use of alcohol and being intoxicated at the time he committed those offenses.  Therefore, it would be appropriate to request that he attend substance abuse counseling and mental health counseling when he is placed on supervised release.

**C.     Seriousness of the Offense, Respect for the Law and Just Punishment**

Curry is requesting that the court, as it has done in other similar cases, vary down from his guideline range of 27-33 months to a range of 21-27 months.  This request is based on the 2-level enhancement given by the guidelines for use of a computer.  Curry then asks that the court impose a sentence of 21 months to be followed by a period of supervised release.  A low-end sentence in this case would be appropriate because of the low number of images on Curry's phone and his limited misdemeanor criminal history.

RESPECTFULLY SUBMITTED to this 1st day of December 2023.

                                  /s/ Gillian E. Gosch
                                  GILLIAN E. GOSCH
                                  Federal Defenders of Montana
                                          Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on December 1, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-EDF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   BRYAN T. DAKE
   Assistant United States Attorney's
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. DANE RALPH JAMES CURRY
       Defendant

    /s/ Gillian E. Gosch
    GILLIAN E. GOSCH
    Federal Defenders of Montana
        Counsel for Defendant