# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-05-BLG-SPW |
| Plaintiff, |  |
| vs. | ORDER |
| DANE RALPH JAMES CURRY, |  |
| Defendant. |  |

Upon the United States' Unopposed Motion for Zoom Observation of Sentencing Hearing (Doc. 53), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED.** Jane Doe shall appear via ZOOM video conferencing at the Defendant's sentencing set for Friday, December 15, 2023, at 9:30 a.m.   The ZOOM conferencing instructions are as follows:

https://mtd.zoomgov.com

Mtg. Code:   160 6666 1077

Passcode:   968049

//

//

1

DATED this _____ day of December, 2023.

SUSAN P. WATTERS
United States District Judge